**CSD 1176** [08/22/03]

Name, Address, Telephone No. & I.D. No.

Julio W. Mayen
15335 Castle Peak Lane
Jamul, CA  91935

**Order Entered on**
November 15, 2016
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Julio W. Mayen

Debtor.

BANKRUPTCY NO. **16-05104-LT13**

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket

Entry No. ___26___, it is ordered that:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in

any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective.  The

Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED:   November 14, 2016

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By: _Julio Mayen_____
~~Attorney for~~ Movant

CSD 1176