NDT
Rev. 02/09

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**Julio Werner Mayen**
15335 Castle Peak Lane
Jamul, CA 91935
xxx−xx−5487
*Debtor Aliases:* JME Enterprises

Case number: 16−05104−LT13
Chapter: 13
Judge Laura S. Taylor

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above−named **Debtor Only (Julio Werner Mayen)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 11/15/16

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

**********
**FILED**
11/15/16
**********