# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 11/15/2016 |
| Case: 16–05104–LT13 | Form ID: ndt | Total: 11 |

**Recipients of Notice of Electronic Filing:**
tr          David L. Skelton

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Julio Werner Mayen          15335 Castle Peak Lane          Jamul, CA 91935
smg         Dun & Bradstreet          Attn: Lynne Roberts, 2nd Floor          3501 Corporate Parkway          PO Box 520          Center Valley, PA 18034–0520
smg         Franchise Tax Board          Attn: Bankruptcy          P.O. Box 2952          Sacramento, CA 95812–2952
14170266    Commerce Bank          Acct No: 33900100977750001          P.O. Box 411647          Kansas City, MO 64141–1647
14183584    Commerce Bank          PO Box 419248 KCREC–10          Kansas City MO 64141–6248
14170268    Countrywide Home Loans, Inc.          Acct No: 87682584          150 N College Street;          NC1–028–17–06          Charlotte, NC 28255
14170267    Countrywide Home Loans, Inc.          Acct No: 87682584          4500 Park Granada          Calabasas, CA 91302–1613
14170270    Law Office of Les Zieve          TS No: 15–38959          30 Corporate Park, Suite 450          Irvine, CA 92606
14170269    Shellpoint Mortgage Servicing          Ref No: 0515393708          55 Beattie Place, Suite #110          Greenville, SC 29601
14170271    The Bank of New York Mellon          101 Barclay Street 4W          New York, NY 10286

TOTAL: 10