# Notice Recipients

District/Off: 0974–3                    User: Admin.                    Date Created: 11/15/2016
Case: 16–05104–LT13                     Form ID: pdfO1                  Total: 2

**Recipients of Notice of Electronic Filing:**
tr          David L. Skelton

                                                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Julio Werner Mayen       15335 Castle Peak Lane        Jamul, CA 91935

                                                                                      TOTAL: 1