CSD 1176 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Julio W. Mayen
15335 Castle Peak Lane
Jamul, CA 91935

Order Entered on
November 15, 2016
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Julio W. Mayen

Debtor.

BANKRUPTCY NO. 16-05104-LT13

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket

Entry No. __26__, it is ordered that:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in

any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The

Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED:    November 14, 2016

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By: _Julio Mayen_____
Attorney for Movant

CSD 1176

United States Bankruptcy Court
Southern District of California

In re:                                                          Case No. 16-05104-LT
Julio Werner Mayen                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.           Page 1 of 1         Date Rcvd: Nov 15, 2016
                             Form ID: pdfO1          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
db            +Julio Werner Mayen,   15335 Castle Peak Lane,   Jamul, CA 91935-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
        David L. Skelton    admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com
        United States Trustee    ustp.region15@usdoj.gov
                                                                        TOTAL: 2