# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | JULIO WERNER MAYEN |
| **Case Number:** | 16-05104-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 15, 2016 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE

### Disposition:

Off calendar, case dismissed 11/15/16.